WILL ROBINSON V. THE STATE.

No. 20439. Delivered May 24, 1939.

The opinion states the case.

*Horace H. Shelton,* of Austin, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Conviction for unlawfully carrying a pistol, punishment being assessed at a fine of $150.00.

The information appears to be in proper form. The record contains neither statement of facts nor bills of exception, hence nothing is presented for review.

The judgment is affirmed.